UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AZELLA V. LUCKEY,

           Plaintiff,

-vs-                                            Case No. 6:07-cv-1105-Orl-28KRS

MICHAEL J. ASTRUE, Commissioner of
Social Security,

           Defendant.

## ORDER

This case is before the Court on the Complaint filed by Azella V. Luckey seeking review of the final decision of the Commissioner of Social Security denying her claim for social security benefits (Doc. No. 1) filed June 29, 2007. The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner of Social Security ("Commissioner") be affirmed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation (Doc. No. 19), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed August 12, 2008 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The decision of the Commissioner is **AFFIRMED**.

3.   The Clerk is directed to enter judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __11__ day of September, 2008.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party