**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AZELLA V. LUCKEY,**

            **Plaintiff,**

-vs-                                    **Case No. 6:07-cv-1105-Orl-28KRS**

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

            **Defendant.**

## ORDER

This cause is before the Court on remand from the Eleventh Circuit. (Doc. 28). On appeal, the Eleventh Circuit vacated this Court's Judgment (Doc. 21) affirming the decision of the Commissioner of Social Security with instructions that the case be returned to the Commissioner for further proceedings. Accordingly, the Clerk is directed to return this case to the Commissioner of Social Security for further proceedings consistent with the opinion of the Eleventh Circuit Court of Appeals (Doc. 28).

**DONE and ORDERED** in Chambers, Orlando, Florida this _18_ day of July, 2009.

                                                              JOHN ANTOON II
                                                              United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party