# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

AZELLA V. LUCKEY,

        Plaintiff,

-vs-                                    Case No. 6:07-cv-1105-Orl-28KRS

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Petition for Attorney's Fees (Doc. No. 32) filed September 11, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 21, 2009 (Doc. No. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Petition for Attorney's Fees (Doc. No. 32) is **GRANTED**.

    3.    The Commissioner of Social Security is ordered to pay to Plaintiff Azella Luckey $10,592.47 in attorney's fees.

DONE and ORDERED in Chambers, Orlando, Florida this __16__ day of November, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party